IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIF ANUTANI,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **DIVERSIFIED CONSULTANTS INC.,**<br>           **Defendant.** | **NO.  16-4221** |

# O R D E R

**AND NOW**, this 9th day of January, 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 5); Plaintiff's Response in Opposition thereto (ECF No. 6); Defendant's Reply in Support thereof (ECF No. 7); Defendant's Notice of Supplemental Authority (ECF No. 9), and for the reasons in the Court's Memorandum Opinion of January 9, 2017 (ECF No. 17), **IT IS ORDERED** that Defendant's motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant Diversified Consultants, Inc., and **AGAINST** Plaintiff Khalif Anutani.

The Clerk of the Court is directed to close this case.

BY THE COURT:


/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**